No. 71–166. Carter v. Connecticut Mutual Life Insurance Co. et al. C. A. 5th Cir. Certiorari denied.

No. 71–167. St. Paul at Chase Corp. v. Manufacturers Life Insurance Company of Toronto. Ct. App. Md. Certiorari denied.

No. 71–168. Henderson v. United States. C. A. 2d Cir. Certiorari denied.

No. 71–172. Chrysler Corp. v. Vaughn, Guardian, et al. C. A. 10th Cir. Certiorari denied.

No. 71–174. Mal Bros. Contracting Co. et al. v. United States. C. A. 3d Cir. Certiorari denied.

No. 71–176. Viserto v. New York. Ct. App. N. Y. Certiorari denied.

No. 71–177. Childers et al. v. United States. C. A. 5th Cir. Certiorari denied.

No. 71–179. Cottonwood Mall Shopping Center, Inc. v. Utah Power & Light Co. C. A. 10th Cir. Certiorari denied.

No. 71–180. Spata et ux. v. Immigration and Naturalization Service. C. A. 2d Cir. Certiorari denied.

No. 71–185. Acfalle et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–187. Stevenson v. United States. C. A. 7th Cir. Certiorari denied.